[No. 12622-2-II. Division Two. August 16, 1990.]

NORTHWEST ENVIROSERVICE, INC., *Appellant,* v. LEWIS R. JONES, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 88-2-00474-4, Thomas A. Swayze, Jr., J., entered February 21, 1989. *Reversed* by unpublished opinion per Alexander, C.J., concurred in by Petrich and Worswick, JJ.

[Nos. 11630-8-II; 11768-1-II. Division Two. August 16, 1990.]

LINDA HART, *Appellant,* v. HAROLD BOYD, ET AL, *Respondents.*

Appeals from judgments of the Superior Court for Pierce County, No. 85-2-00876-1, Thomas A. Swayze, Jr., J., entered November 25, 1987 and January 15, 1988. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrich, A.C.J., and Worswick, J.

[No. 12605-2-II. Division Two. August 16, 1990.]

ALLAN NASSIRI, ET AL, *Appellants,* v. RICHARD D. LEONE CHIROPRACTIC CENTER, INC., P.S., *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84-2-06186-9, Donald H. Thompson, J., entered January 23, 1989. *Reversed* by unpublished opinion per Alexander, C.J., concurred in by Petrich and Worswick, JJ.